```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
David Robbie Forkner
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )    CR NO. S-08-363 GEB
                               )
        Plaintiff,             )    STIPULATION AND
                               )    [PROPOSED] ORDER CONTINUING
    v.                         )    STATUS CONFERENCE
                               )
Philip Jesse Garcia, et al.    )
                               )
                               )    Date:  10/17/08
        Defendants.            )    Time:  9:00 a.m.
_____)    Judge: Hon. Garland E.
                                           Burrell
```

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant David Forkner, John R. Manning Esq., counsel for defendant Philip Jesse Garcia, Hayes H. Gable III Esq., counsel for defendant Loretta Leigh Canham, Dennis S. Waks Esq., and counsel for defendant Steven Lynn Talbot, William E. Bonham Esq., that the status conference presently set for October 17, 2008 be **continued to December 5, 2008, at 9:00 a.m.,** thus **vacating** the presently set status conference.  This matter involves a wire intercept on several telephones and related pen registers, as well as over 3000 pages of discovery.

1

1  It is further stipulated that the time between October 17,
2  2008 and December 5, 2008 can appropriately be excluded from the
3  Speedy Trial Act pursuant to 18 USC § 3161(h)(8)(B)(ii)(Local
4  Code T-2) and 18 USC § 3161(h)(8)(B)(iv)(Local T-4).
5  IT IS SO STIPULATED.

Dated: October 15, 2008        /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               David Robbie Forkner

Dated: October 15, 2008        /s/ Hayes H. Gable III
                               HAYES H. GABLE III
                               Attorney for Defendant
                               Philip Jesse Garcia

Dated: October 15, 2008        /s/ Dennis S. Waks
                               DENNIS S. WAKS
                               Attorney for Defendant
                               Loretta Leigh Canham

Dated: October 15, 2008        /s/ William E. Bonham
                               WILLIAM E. BONHAM
                               Attorney for Defendant
                               Steven Lynn Talbot


Dated: October 15, 2008        McGREGOR W. SCOTT
                               United States Attorney

                          by:  /s/ Michael M. Beckwith
                               MICHAEL M. BECKWITH
                               Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         ) Case No.  CR.S 08-363 GEB
                                  )
              Plaintiff,          )
                                  )
     v.                           ) [PROPOSED] ORDER TO
                                  ) CONTINUE STATUS CONFERENCE
Philip Jesse Garcia, et al.,      )
                                  )
                                  )
              Defendants.         )
_____

GOOD CAUSE APPEARING, it is hereby ordered that the October 17, 2008 status conference be continued to December 5, 2008 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)(Local Code T-2) and 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T-4) from the date of this order to December 5, 2008.


IT IS SO ORDERED.

Dated:  October 16, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3