1 | John R. Manning
Attorney at Law
2 | Ca. St. Bar No. 220874
1111 H Street, Suite 204
3 | Sacramento, CA  95814
Telephone:  (916) 444-3994
4 |
Attorney for Defendant
5 | David Robbie Forkner

6 |

7 |                    IN THE UNITED STATES DISTRICT COURT

8 |                FOR THE EASTERN DISTRICT OF CALIFORNIA

9 |

10 | UNITED STATES OF AMERICA,       )      CR NO. S-08-363 GEB
                                 )
11 |           Plaintiff,          )      STIPULATION AND
                                 )      [PROPOSED] ORDER CONTINUING
12 |     v.                       )      STATUS CONFERENCE
                                 )
13 | Philip Jesse Garcia, et al.,   )
                                 )
14 |                              )      Date:   12/5/08
            Defendants.          )      Time:   9:00 a.m.
15 | _____)      Judge:  Hon. Garland E.
                                               Burrell
16 |

17 |      IT IS HEREBY stipulated between the United States of America

18 | through its undersigned counsel, Michael M. Beckwith, Assistant

19 | United States Attorney, together with counsel for defendant David

20 | Forkner, John R. Manning Esq., counsel for defendant Philip Jesse

21 | Garcia, Hayes H. Gable III Esq., counsel for defendant Loretta

22 | Leigh Canham, Dennis S. Waks Esq., and counsel for defendant

23 | Steven Lynn Talbot, William E. Bonham Esq., that the status

24 | conference presently set for December 5, 2008 be **continued to**

25 | **February 20, 2009, at 9:00 a.m.**, thus **vacating** the presently set

26 | status conference.  This matter involves a  wire intercept on

27 | several telephones and related pen registers, as well as over

28 | 3000 pages of discovery.

                                   1

1     It is further stipulated that the time between December 5,

2  2008 and February 20, 2009 can appropriately be excluded from the

3  Speedy Trial Act pursuant to 18 USC § 3161(h)(8)(B)(ii)(Local

4  Code T-2) and 18 USC § 3161(h)(8)(B)(iv)(Local T-4).

5  IT IS SO STIPULATED.

6

7  Dated: December 3, 2008          /s/ John R. Manning
                                    JOHN R. MANNING
8                                   Attorney for Defendant
                                    David Robbie Forkner
9
   Dated: December 3, 2008          /s/ Hayes H. Gable III
10                                  HAYES H. GABLE III
                                    Attorney for Defendant
11                                  Philip Jesse Garcia

12 Dated: December 3, 2008          /s/ Dennis S. Waks
                                    DENNIS S. WAKS
13                                  Attorney for Defendant
                                    Loretta Leigh Canham
14
   Dated: December 3, 2008          /s/ William E. Bonham
15                                  WILLIAM E. BONHAM
                                    Attorney for Defendant
16                                  Steven Lynn Talbot

17

18 Dated: December 3, 2008          McGREGOR W. SCOTT
                                    United States Attorney
19

20                                  by:  /s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
21                                  Assistant U.S. Attorney

22

23

24

25

26

27

28

1

2

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

UNITED STATES OF AMERICA,    ) Case No.  CR.S 08-363 GEB
6                             )
                Plaintiff,    )
7                             )
     v.                       ) ORDER CONTINUING
8                             ) STATUS CONFERENCE
Philip Jesse Garcia, et al.,  )
9                             )
                              )
10              Defendants.    )
_____

11

12      GOOD CAUSE APPEARING, it is hereby ordered that the December

13 5, 2008 status conference be continued to February 20, 2009 at

14 9:00 a.m.  I find that the ends of justice warrant an exclusion

15 of time and that the defendant's need for continuity of counsel

16 and reasonable time for effective preparation exceeds the public

17 interest in a trial within 70 days.  THEREFORE IT IS FURTHER

18 ORDERED that time be excluded pursuant to 18 U.S.C. §

19 3161(h)(8)(B)(ii)(Local Code T-2) and 18 U.S.C. §

20 3161(h)(8)(B)(iv)(Local Code T-4) from the date of this order to

21 February 20, 2009.

22 Dated:  December 9, 2008

23

24 _____
   GARLAND E. BURRELL, JR.
25   United States District Judge

26

27

28

3