William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for Steven Lynn TALBOT

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-08-363 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE JUDGEMENT AND |
| v. ) | SENTENCING |
| ) | |
| STEVEN LYNN TALBOT, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    The defendant, Steven Lynn Talbot, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the Judgment and Sentencing scheduled for Friday, May 8, 2009 at 9:00 a.m. should be vacated and continued until Friday, June 26, 2009 at 9:00 a.m.

    The parties need additional time to discuss the written plea agreement terms and preparation for defense sentencing memorandum.

1

The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare for sentencing and ongoing sentencing negotiation. [Local Code T4 & T2]

I, William E. Bonham, the filing party, have received authorization from AUSA Michael M. Beckwith to sign and submit this stipulation and proposed order.

Accordingly, the defendant and the United States agree and stipulate that Judgment & Sentencing should be continued to Friday, June 26, 2009.

Dated: May 6, 2009

                                              McGREGOR W. SCOTT
                                              United States Attorney

                                              By:   /s/ William E. Bonham
                                              MICHAEL M. BECKWITH
                                              Assistant U.S. Attorney

Dated: May 6, 2009

                                              By: /s/ William E. Bonham for
                                              WILLIAM E. BONHAM
                                              Counsel for Defendant
                                              Steven Lynn Talbot

**ORDER**

IT IS SO ORDERED. This matter is continued until 9:00 a.m. on Friday, June 26, 2009 for Judgment & Sentencing.

I find that the continuance is necessary and that time should be excluded under the Speedy Trial Act due to needs of counsel for additional time in ongoing sentencing preparation and negotiations [Local Code T4 & T2]. Accordingly, time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4 & T2], up to and including June 26, 2009.

5/6/09

GARLAND E. BURRELL, JR.
United States District Judge